UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Larry G. Philpot, )
    Plaintiff(s), )
  )
v. ) Case No. 4:20-cv-1540
  )
Gateway Blend, LLC, )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now **Plaintiff** and notifies the court of the intent to use
(Plaintiff or Defendant)

Pam King Wheetley
(name and address of process server)
1430 Washington Ave, Suite 220
St Louis, MO 63103

To serve: Gateway Blend, LLC in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

10/27/2020            /s/ C. Brett Vaughn, 66974 (MO)
(date)                          (attorney for Plaintiff)

                                     (attorney for Defendant)