# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Larry G. Philpot | ) |
|     Plaintiff(s), | ) |
|     vs. | )    Case No. 4:20-cv-1540 |
| Gateway Blend, LLC | ) |
|     Defendant(s). | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Larry G. Philpot hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):
      None

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
      None

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
      None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ C. Brett Vaughn
Signature (Counsel for Plaintiff/Defendant)
Print Name: C. Brett Vaughn 66974 MO
Address: 8101 College Blvd Suite 260
City/State/Zip: Overland Park KS 66210
Phone: (913) 385-5400

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: October 27, 2020.

/s/ C. Brett Vaughn, 66974 (MO)
Signature